FILED

04/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0290



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0290

FILED

APR 1 1 2023

Bowen G    wood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

KYLE LEE SEVERSON,

Defendant and Appellant.

O R D E R

Counsel for the Appellant Kyle Lee Severson filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Severson was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. Our examination of the available record indicates potential nonfrivolous issues on appeal, which may include whether prosecutorial misconduct violated Severson's right to a fair trial; whether the District Court erred in failing to conclude that the prosecution's withholding of information constituted a *Brady* violation; and whether Severson's counsel was ineffective.

Therefore,

IT IS ORDERED that counsel's motion to be allowed to withdraw is DENIED.

IT IS FURTHER ORDERED that Appellant's opening brief shall be due within thirty days of the date of this Order.

The Clerk is directed to provide copies of this Order to all counsel of record and to Severson personally.

DATED this \_\_\_\_ day of April, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices